WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:  (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

JS-6

Attorney for Plaintiff
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STANDARD INSURANCE COMPANY, an Oregon Corporation,

          Plaintiff,

vs.

D.J., a Minor, and TRECIA JONES-JACKSON,

          Defendants.

Case No.: CV 12-09730 MWF (JEMx)

PLAINTIFF STANDARD INSURANCE COMPANY'S PROPOSED ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE

No hearing set or required.

Before the Hon. Michael W. Fitzgerald
Los Angeles - Spring Street, 16th Floor, Courtroom 1600

Other than Plaintiff Standard Insurance Company ("Standard") no party has appeared in this interpleader action.   Standard has now submitted this order to dismiss this action without prejudice, along with the Declaration of Warren H. Nelson, Jr., its counsel, which includes an attached Exhibit A.   Exhibit A consists of conformed copies of (i) a fully executed settlement agreement, and, (ii) evidence of Standard's related, court-authorized deposit of funds in excess of $200,000.00. The settlement agreement provides for Standard's voluntary dismissal of this entire

case, all parties to bear their own attorney, fees costs and expenditures.   Nelson Decl Ex A-5.

**NOW THERFORE**, the Court **ORDERS** that this action is **DISMISSED** in its entirety without prejudice, each party to bear, her, his or its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated:  April 4, 2013

*[signature]*

**MICHAEL W. FITZGERALD**
**UNITED STATES DISTRICT JUDGE**

DOCKET No. CV 12-09730 MWF (JEMx)

Standard v. D. J., a Minor, et al.

PROOF OF SERVICE BY MAIL

I, Warren H. Nelson, Jr., the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is Warren H. Nelson, Jr., A Professional Corporation, 6161 El Cajon Blvd., # 273, San Diego, CA 92115, telephone (619) 269-4212, facsimile (619) 501-7948. On March 5, 2013, I served a true copy of the foregoing document titled exactly:

PLAINTIFF STANDARD INSURANCE COMPANY'S PROPOSED ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE

by placing it in an addressed sealed envelope with correct first class postage affixed thereto and personally depositing it in a United States Postal Service mailbox. I addressed the mailing envelopes to the following:

Elliot S. Blut, Esq.
Ecoff Blut LLP
280 S. Beverly Drive, Suite 504
Beverly Hills, CA 90212

Ronald I. Goldszer, Esq.
Law Offices of Silverman & Goldszer
8530 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90211

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March 2013 at San Diego, California.

/s/Warren H. Nelson, Jr.
Warren H. Nelson, Jr.